No. 792.  CRONAN *v.* FEDERAL COMMUNICATIONS COM-MISSION.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Lawrence Speiser* and *Shirley Fingerhood* for petitioner.  *Solicitor General Cox, Max D. Paglin* and *Ruth V. Reel* for respondent.

No. 794.  COLLINS *v.* KLINGER.  Supreme Court of California.  Certiorari denied.  *Russell E. Parsons* for petitioner.

No. 795.  COLLINS *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Russell E. Parsons* for petitioner.

No. 797.  MASON *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Russell E. Parsons* for petitioner.

No. 798.  MASON ET UX. *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Russell E. Parsons* for petitioners.

No. 799.  ZAHNER *v.* BENSON, SECRETARY OF AGRI-CULTURE, ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Donald M. Murtha* and *Herbert S. Thatcher* for petitioner.  *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondents.